Jerome G. DAVIAU

v.

William S. POZZY and Down–East
Associates.

Supreme Judicial Court of Maine.

Submitted Sept. 8, 1980.

Decided Sept. 11, 1980.

Jerome G. Daviau, Waterville, pro se.

Nale & Nale by Thomas J. Nale, Water-
ville, for appellees.

Before McKUSICK, C. J., and WER-
NICK, GODFREY, NICHOLS, GLASS-
MAN and ROBERTS, JJ.

### MEMORANDUM OF DECISION.

Plaintiff, Jerome G. Daviau, an attorney,
appeals from a ruling of the Superior Court,
Kennebec County, purporting to grant his
counsel's motion to withdraw. The pur-
ported order merely recites: "Motion al-
lowed upon grounds set forth in Maine Bar
Rule 3.5(c)(4)(5)(8) [(3.5(c)(4), (5), (8))], coun-
sel for plaintiff to notify plaintiff forthwith
of this order." The entry on the docket
reads: "Motion to withdraw as counsel
granted."

Assuming there was an effective order,
we are unable to review it since we do not
have before us a record sufficient to permit

us to know the factual basis for the ruling of the Superior Court. "Appellant has the affirmative duty of supplying this Court with an adequate record upon which consideration can be given to the arguments advanced in support of the appeal." *Summit Realty, Inc. v. Gipe*, Me., 315 A.2d 428, 429 (1974).

The entry is:

Appeal dismissed.

All concurring.